```
 1  Mark E. Ellis - 127159
    Andrew M. Steinheimer - 200524
 2  ELLIS, COLEMAN, POIRIER,
      LaVOIE & STEINHEIMER, LLP
 3  555 University Avenue, Suite 200 East
    Sacramento, CA  95825
 4  Telephone:    (916) 283-8820
    Facsimile:    (916) 283-8821
 5
    Attorneys for ASTRA BUSINESS SERVICES, INC.
 6
```

FILED
07 OCT 31  PM 3: 45
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>     Plaintiff,<br><br>v.<br><br>ASTRA BUSINESS SERVICES, INC.,<br><br>     Defendant. | CASE NO: '07 CV 2091 H (JMA)<br>San Diego County Case No:<br>37-2007-00073375-CU-MC-CTL<br><br>JURY DEMAND |

Defendant ASTRA BUSINESS SERVICES, INC hereby demands a jury trial in this matter.

Dated: October 31, 2007

ELLIS, COLEMAN, POIRIER, LaVOIE
& STEINHEIMER, LLP

By _____
Mark E. Ellis
Attorneys for Defendant
ASTRA BUSINESS SERVICES, INC.

- 1 -

JURY DEMAND

## CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200, Sacramento, CA 95825.

On October 31, 2007, I served the following document(s) on the parties in the within action:

### JURY DEMAND

| | |
|---|---|
| X | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND:** The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE:** The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE:** The above-described document(s) will be delivered by overnight service, to the following: |

Chad Austin  
Attorney at Law  
3129 India Street  
San Diego, CA 92103

Attorney for Plaintiff  
JAMES M. KINDER

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on October 31, 2007.

By _____  
Jennifer E. Mueller