Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
ELLIS, COLEMAN, POIRIER,
  LaVOIE & STEINHEIMER, LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Telephone:   (916) 283-8820
Facsimile:   (916) 283-8821

Attorneys for ASTRA BUSINESS SERVICES, INC.

**FILED**
07 OCT 31 PM 3:45
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

SUPERIOR COURT OF CALIFORNIA

SAN DIEGO COUNTY

'07 CV 2091 H (JMA)

| | |
|---|---|
| JAMES M. KINDER,<br><br>    Plaintiff,<br><br>v.<br><br>ASTRA BUSINESS SERVICES, INC.,<br><br>    Defendant. | San Diego County Case No:<br>37-2007-00073375-CU-MC-CTL<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT** |

NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT

To Plaintiff, and the Superior Court of San Diego County:

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for the Southern District of California on October 31, 2007, federal case number pending.

A copy of the said Notice of Removal is attached to this Notice, and is served and filed herewith.

Dated: October 31, 2007

                        ELLIS, COLEMAN, POIRIER, LaVOIE
                        & STEINHEIMER, LLP

                        By
                           Mark E. Ellis
                           Attorneys for Defendant
                           ASTRA BUSINESS SERVICES, INC.

NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT

CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200, Sacramento, CA 95825.

On October 31, 2007, I served the following document(s) on the parties in the within action:

NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT

| | |
|---|---|
| X | BY MAIL: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | BY HAND: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | VIA FACSIMILE: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | VIA OVERNIGHT SERVICE: The above-described document(s) will be delivered by overnight service, to the following: |

Chad Austin  
Attorney at Law  
3129 India Street  
San Diego, CA 92103

Attorney for Plaintiff  
JAMES M. KINDER

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on October 31, 2007.

By _____  
Jennifer E. Mueller

NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT