```
 1  Mark E. Ellis - 127159
    Andrew M. Steinheimer - 200524
 2  ELLIS, COLEMAN, POIRIER,
      LaVOIE & STEINHEIMER, LLP
 3  555 University Avenue, Suite 200 East
    Sacramento, CA  95825
 4  Telephone:    (916) 283-8820
    Facsimile:    (916) 283-8821
 5
    Attorneys for ASTRA BUSINESS SERVICES, INC.
 6
```

FILED

07 OCT 31 PM 3:45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ASTRA BUSINESS SERVICES, INC.,<br><br>　　　　Defendant. | CASE NO. 07 CV 2091 H (JMA)<br>San Diego County Case No.:<br>37-2007-00073375-CU-MC-CTL<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

I, Jennifer E. Mueller, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 555 University Avenue, Suite 200 East, which is located in the city and county of Sacramento, California.

On October 31, 2007, I deposited into the U.S. mail a copy of the Notice to Adverse Party of Removal to Federal Court, a copy of which is attached to this Certificate, to Plaintiff JAMES M. KINDER, through his attorney of record, Chad Austin

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 31, 2007

By: _____
　　　Jennifer E. Mueller

- 1 -

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200, Sacramento, CA 95825.

On October 31, 2007, I served the following document(s) on the parties in the within action:

| | |
|---|---|
| X | BY MAIL: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | BY HAND: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | VIA FACSIMILE: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | VIA OVERNIGHT SERVICE: The above-described document(s) will be delivered by overnight service, to the following: |

Chad Austin  
Attorney at Law  
3129 India Street  
San Diego, CA 92103

Attorney for Plaintiff  
JAMES M. KINDER

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on October 31, 2007.

By _____  
Jennifer E. Mueller

- 2 -

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT