Mark E. Ellis - 127159
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendant
ASTRA BUSINESS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>　　　Plaintiff,<br><br>v.<br><br>ASTRA BUSINESS SYSTEMS, INC.,<br><br>　　　Defendant. | Case No.: 07-CV-02091 H JMA<br><br>**PROOF OF SERVICE ON DEFENDANT ASTRA BUSINESS SYSTEMS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT** |

- 1 -

# CERTIFICATE OF SERVICE

I, Rosanne Estrella, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On November 9, 2007, I served the following document(s) on the parties in the within action:

**DEFENDANT ASTRA BUSINESS SYSTEMS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

| X | **VIA ELECTRONIC SERVICE:** The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, to the following: |
|---|---|

Chad Austin  
Attorney at Law  
3129 India Street  
San Diego, CA 92103

Attorneys for  
Plaintiff James M. Kinder

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on November 9, 2007.

By _/s/ Rosanne Estrella_  
Rosanne Estrella

PROOF OF SERVICE ON DEFENDANT ASTRA BUSINESS SYSTEMS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT