UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER, | Case No. 07-CV-2091-H (JMA) |
| Plaintiff, | **ORDER SCHEDULING SETTLEMENT/ CASE MANAGEMENT CONFERENCE** |
| v. | |
| ASTRA BUSINESS SERVICES, INC. et al., | |
| Defendants. | |

The Court convened a telephonic Early Neutral Evaluation Conference on December 18, 2007 at 10:00 a.m.

**IT IS HEREBY ORDERED** that a Settlement/Case Management Conference will be held in the chambers of Magistrate Judge Jan M. Adler on **January 16, 2008** at **10:00 a.m.**, Room 1165, United States Courthouse, 940 Front Street, San Diego, California 92101-8928. Although the submission of statements is <u>not</u> required in advance of the Settlement/Case Management Conference, parties may submit concise statements if desired. If a statement is submitted, it shall be provided to chambers <u>no later than one</u>

week prior to the scheduled conference.[1]  If the parties submit statements in connection with the conference, they may either do so on a confidential basis or may exchange their statements.

**All named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person at the conference</u>.  The individual(s) present at the Settlement/Case Management Conference with settlement authority must have the unfettered discretion and authority on behalf of the party to:  1) fully explore all settlement options and to agree during the conference to any settlement terms acceptable to the party (*G. Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989)), 2) change the settlement position of a party during the course of the conference (*Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003)), and 3) negotiate a settlement without being restricted by any predetermined level of authority (*Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 596 (8th Cir. 2001)).**

Governmental entities may appear through litigation counsel only.  As to all other parties, appearance by litigation counsel only is <u>not</u> acceptable.  Retained outside corporate counsel <u>shall not</u> appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement.  **The failure of any counsel, party or authorized person to appear at the Settlement/Case Management Conference as required shall be cause for the immediate imposition of sanctions.**  All conference discussions will be informal, off the record, privileged, and

---

[1] Statements may be delivered directly to chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.

1 | confidential.
2 | **IT IS SO ORDERED.**
3 | DATED: December 18, 2007

```
                                    _____
                                    Jan M. Adler
                                    U.S. Magistrate Judge
```