UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER, | ) Case No. 07-CV-2091-DMS (AJB) <br> ) <br> ) **ORDER VACATING SETTLEMENT/** <br> ) **CASE MANAGEMENT CONFERENCE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | |
| v. | |
| ASTRA BUSINESS SERVICES, INC. et al., | |
| Defendants. | |

In view of the reassignment of this case to Magistrate Judge Battaglia, **IT IS HEREBY ORDERED** that the Settlement/Case Management Conference scheduled for January 16, 2008 before the undersigned is <u>vacated</u>.

**IT IS SO ORDERED.**

DATED: December 20, 2007

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Jan M. Adler
　　　　　　　　　　　　　　　　U.S. Magistrate Judge