cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES M. KINDER, | ) | Civil No.07cv2091 DMS (AJB) |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER SETTING CASE MANAGEMENT CONFERENCE |
| ASTRA BUSINESS SERVICES, INC., | ) ) | |
| Defendants. | ) ) | |

    Pursuant to the Low Number Order in the above entitled action, the Court schedules a telephonic Case Management Conference for ***February 29, 2008 at 10:30 a.m.*** Counsel for plaintiff shall initiate the conference call. The purpose of the conference is to schedule pretrial dates and deadlines as appropriate.

    IT IS SO ORDERED.

DATED: January 15, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court