1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | JAMES M. KINDER,                              CASE NO. 07CV2132

12 |                          Plaintiff,          **ORDER GRANTING
                                                  DEFENDANT'S MOTION TO**
13 |          vs.                                 **CONSOLIDATE ACTIONS**

14 | NATIONWIDE RECOVERY SYSTEMS,
   | LTD.,

15 |                          Defendant.

16          Pending before the Court is Defendant's motion to consolidate several related cases. The Court

17 may exercise its discretion to consolidate cases when "actions before the court involve a common

18 question of law or fact." Fed. R. Civ. Proc. 42(a)(1). Although each Defendant's alleged misconduct

19 is factually distinct, the actions involve several common questions of law such that consolidation will

20 "tend to avoid unnecessary costs or delay." *See Id.* The following actions shall be consolidated:

21 1. *Kinder v. Bankfirst*, Case No. 07cv877 DMS (AJB)

22 2. *Kinder v. Asset Acceptance, LLC,* Case No. 07cv2084 DMS (AJB)

23 3. *Kinder v. Astra Business Services, Inc.,* Case No. 07cv2091 DMS (AJB)

24 4. *Kinder v. Nationwide Recovery Systems, Ltd.,* Case No. 07cv2132 DMS (AJB)

25 5. *Kinder v. Discover Card Services, Inc.,* Case No. 07cv2138 DMS (AJB)

26 6. *Kinder v. Enhanced Recovery Corporation*, Case No. 07cv2152 DMS (AJB)

27 7. *Kinder v. Harrah's Entertainment, Inc., et al.,* Case No. 07cv2226 DMS (AJB)

28

07CV2132

1   **IT IS SO ORDERED.**

2

3   DATED:  February 4, 2008

4                                     _____

5                                       HON. DANA M. SABRAW
                                      United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07CV2132