# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>                Plaintiff,<br>vs.<br><br>ASTRA BUSINESS SERVICES, Inc.,<br><br>                Defendant. | CASE NO. 07cv2091 DMS (AJB),<br>(consolidated with master case no.<br>07CV2132)<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMAND** |

Pending before the Court is Plaintiff's motion to remand one of several consolidated actions alleging violations Section 227(b)(3) of the Telephone Consumer Protection Act of 1991 (TCPA, codified at 47 U.S.C. § 227). Pursuant to Local Civil Rule 7.1(d)(1), this matter is suitable for submission without oral argument. Accordingly, no appearances are required at this time. The motion is granted.

Defendant does not oppose the motion, and the Court finds remand is proper. Congress did not grant federal question jurisdiction over private actions arising out of the TCPA. *Murphy v. Lanier*, 204 F.3d 911, 915 (9th Cir. 2000). ("We join the Second, Third, Fourth, Fifth, and Eleventh Circuits in the somewhat unusual conclusion that state courts have exclusive jurisdiction over a cause of action created by a federal statute, the Telephone Consumer Protection Act of 1991.") As Defendant neither alleges nor demonstrates any alternative basis for federal subject matter jurisdiction, the action is remanded.

**IT IS SO ORDERED.**

1 | DATED: April 21, 2008

> HON. DANA M. SABRAW
> United States District Judge